UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED27 FEB '23 11:23USDC-ORP

Portland _____ DIVISION

_Daniel Gary Applegate_

*(Enter full name of plaintiff)*

Plaintiff,

v.

_Multnomah County Sheriffs Office,_

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. _3:23- cv-277- mc_
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☑Yes          ☐No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: _Daniel Gary Applegate_

Street Address: _11540 NE Inverness Drive_

City, State & Zip Code: _Portland, Oregon 97220_

Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)                                    1
[Rev. 01/2018]

**Defendant No. 1**   Name: _Multnomah County Sheriffs Office;_
_Multnomah County Detention Center_
Street Address: _11540 NE Inverness Drive_
City, State & Zip Code: _Portland, Oregon 97220_
Telephone No.: _____

**Defendant No. 2**   Name: _Deputy Clark_
Street Address: _11540 NE Inverness Drive_
City, State & Zip Code: _Portland, OREGON 97220_
Telephone No.: _____

**Defendant No. 3**   Name: _Deputy Telelemo_
Street Address: _11540 NE Inverness Drive_
City, State & Zip Code: _Portland, OREGON 97220_
Telephone No.: _____

**Defendant No. 4**   Name: _Sgt. Koenig_
Street Address: _11540 NE Inverness Drive_
City, State & Zip Code: _Portland, OREGON 97220_
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)                    2
[Rev. 01/2018]

B.  What federal constitutional, statutory, or treaty right(s) is/are at issue?

U.S. Constitution 8th Amendment "Cruel & Unusual Punishment"
Deliberate Indifference
Prison Rape Elimination Act

### III.  STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

The Multnomah County Sheriffs Office at Multnomah County Detention Center has been talking to me with microphones in my cell for 2 years (since February 2021) straight making it extremely difficult for me to read, write letters, watch the tv, talk on the phone and sleep. It has been nonstop.

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

The MCSO at MCDC has been turning the light on and off in my cell for 2 years (since February/21) nonstop making it extremely difficult to sleep, read, write letters, watch the tv, talk on the phone! It has been nonstop.

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

3

_____

_____

_____

_____

_____

_____

_____

_____

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

The MCDC MCSO has a camera in my cell and in the shower watching me while i shower and watching me masturbate in my cell. I wrote a grievance on this on 2-14-23 and Deputy Clark came to see me about it. I told her Deputy Taleleno made a comment to me earlier this month (Feb. 2023) about "i'll bust a nut on your face" and "Do you want to suck my dick". In June 2021 i told Sgt. Koenig MCSO MCDC deputies were watching me masturbate and made sexual comments to me. In June 2021 and Feb 2023 upon my reporting this to staff verbally,

*(If you have additional claims, describe them on another piece of paper, using the same outline.)* with a grievance, and with phone call, MCSO MCDC refused to notify- Prison Rope Elimination Act violation. this is and is deliberate indifference. And a 4 sex offense.

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

## IV.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑Yes          ☐No

## V.   RELIEF

State *briefly* exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.

MCSO MCDC staff need to stop their surveillance of me. For this extremely suppressive and indignifying harressment , respectfully ask the court for $50,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _18th_ day of _February_____, 20_21_.

_D. ann layate_____
(Signature of Plaintiff)